# EXHIBIT B

## LEASE SCHEDULE NO. 001R
"This Lease Schedule No. 001R replaces Lease Schedule No. 001."

This Lease Schedule is issued pursuant to the Lease Agreement Number FA121118 dated December 11, 2018. The terms of the Lease Agreement and serial numbers contained on Certificate(s) of Acceptance are a part hereof and are incorporated by reference herein.

**LESSOR**
Farnam Street Financial, Inc.
5850 Opus Parkway, Suite 240
Minnetonka, MN  55343

**LESSEE**
FABFAD Inc.
915 Mateo Street
Los Angeles, CA 90021

**SUPPLIER OF EQUIPMENT**
Various

**LOCATION OF EQUIPMENT**
Various

Initial Term of Lease from Commencement Date:  24 Months
Monthly Lease Charge:  $12,733.96
Anticipated Delivery and Installation:  December 2018 – July 2019
Projected Commencement Date:  August 1, 2019
Security Deposit: $12,733.96. ($10,203.50 previously paid on Lease Schedule No. 001).  Upon Lessee's execution of this Lease Schedule, Lessee shall deliver the difference of $2,530.46.  Provided that there has been no event of default and Lessee has returned all of the Equipment under this Lease Schedule per the terms of the Lease Agreement, this security deposit will be returned to Lessee.

### EQUIPMENT

| MANUFACTURER | QTY | MACHINE/MODEL | EQUIPMENT DESCRIPTION (including features) |
|---|---|---|---|
| Various | | | Industrial Printer and Sewing Machines |

The cost of all the Equipment on this Lease Schedule shall total $312,000.00. The Monthly Lease Charge listed above is calculated based on the agreement that this cost will be comprised of $312,000.00 of hardware at a lease rate factor of 0.040814 per $1.00 and $0.00 of non-hardware costs at a lease rate factor of 0.047459 per $1.00. Should the total cost of the Equipment exceed that indicated above, Lessor and Lessee agree that the Monthly Lease Charge above will be increased to reflect this additional cost at the Installation Date of the additional Equipment. If the total cost of non-hardware exceeds that indicated above, the hardware portion of the commitment above will be increased dollar for dollar by the amount of the additional non-hardware. This Lease Schedule No. 001R will Commence on the first of the month following the later of (i) the date the Lessee has satisfied its commitment to install all of the Equipment, as described above; or (ii) Lessor's receipt of Lessee's executed commencing Lease Schedule; however, Lessor may, at its sole discretion, close and Commence this Lease Schedule at an earlier date. A revised Lease Schedule No. 001X to replace this Lease Schedule No. 001R shall be executed by both parties to reflect the actual Equipment cost accepted and the commensurate Monthly Lease Charge, including any adjustments required under the Monthly Lease Charge Adjustment Rider. The Monthly Lease Charge will be prorated and charged as interim rent between the Installation Date of each item of equipment, as Lessee indicates on the Certificate(s) of Acceptance, and the Commencement Date. Interim rent due prior to the Commencement Date shall not reduce or offset Lessee's post-Commencement Monthly Lease Charge obligations hereunder.

**Every Term is Agreed to and Accepted:**
**FARNAM STREET FINANCIAL, INC.**
"LESSOR"

By: _[signature]_
Print Name: Steven C. Morgan
Title: President
Date: June 19, 2019

**Every Term is Agreed to and Accepted:**
**FABFAD INC.**
"LESSEE"

By: _[signature]_
Print Name: Sean Saberi
Title: Owner
Date: 6/18/19