# EXHIBIT C

CORE/9990000.7563/149232958.1

# CERTIFICATE OF ACCEPTANCE

DEC 1 9 2018

Lease Agreement Number:   FA121118
Lease Schedule Number:    001

I hereby certify:

1) That all of the items of Equipment on the attached Schedule A: (i)  have been received; (ii) are in good working order; (iii) have been tested and inspected; (iv) are satisfactory in all respects; and (v) are acceptable for use;

2) That all of the items of Equipment on the attached Schedule A were installed on the following date: See Attached Schedule "A"  (the "Installation Date");

3) That I am authorized to execute and deliver this Certificate of Acceptance;

4) That Farnam Street Financial, Inc. has performed all of its obligations; and

5) That Farnam Street Financial, Inc. is authorized to pay the supplier(s) for the equipment.

Lessor and Lessee agree that this Certificate of Acceptance and the attached Schedule A may be executed and delivered to the Lessor by the Lessee via facsimile, or transmitted electronically in either "Tagged Image Format Files" ("TIFF") or "Portable Document Format" ("PDF"). Upon such delivery, Lessee's facsimile, TIFF or PDF signature (as applicable) will be deemed to have the same force and effect as if Lessee's original signature had been delivered to the Lessor, and both the Certificate of Acceptance and the attached Schedule A shall be deemed an original instrument as between the Lessor and Lessee.

**Agreed to and Accepted:**

FABFAD INC.

"LESSEE"

By: _____

Print
Name: ~~Sean Saberi~~  Ariou Saberi

Title: ~~CEO~~  Secretary

Date: ___11/9/18___

CofA Number:   FA121118-001-001

**Farnam Street**
FINANCIAL

# SCHEDULE "A"

| MFG | PART# | QTY | DESCRIPTION | SERIAL NUMBER |
|---|---|---|---|---|
| FRAMIS ITALIA | MX-204 | 1 | Weld and Cut Bonding Machine, 1100mm x 550mm x 1550mm, 80Kg, including: Base Machine with 1 Heater, Spot Lamp, Drawer, Vertical Roll Support, Tensioner Metering Device, Silicone Rubber Wheel Group 17mm-35SH, 20mm Nozzle, Weld and Cut Device, Protection Screen, White Table with Beech Borders 120x60x4, Table Support Structure, Pedals, 16A 3 Poles Socket, Tape Guide 8x1mm, Tape Guide 10x1mm, Screwdriver 2.5, and Manual | EG 412 |
| FRAMIS ITALIA | MX-208 | 1 | Edge Binding Bonding Machine, 1100mm x 550mm x 1550mm, 80Kg, including: Base Machine with 1 Heater, Spot Lamp, Drawer, Vertical Roll Support, Tensioner Metering Device, Upper Silicone Rubber Wheel Group 12mm-70SH, Lower Silicone Rubber Wheel 14mm-70SH, Nozzle C-Binding, Side Arm, Protection Screen, White Table with Beech Borders 120x60x4, Table Support Structure, Pedals, 16A 3 Poles Socket, Edge Binding Guide 16mm, and Manual | EG 414 |
| FRAMIS ITALIA | MX-210 | 1 | Weld and Fold Bonding Machine, 1100mm x 550mm x 1550mm, 80Kg, including: Base Machine with 1 Heater, Spot Lamp, Drawer, Vertical Roll Support, Tensioner Metering Device, Silicone Rubber Wheel Group 17mm-35SH, 30mm Nozzle, Horizontal Arm, Protection Screen, White Table with Beech Borders 120x60x4, Table Support Structure, Pedals, 16A 3 Poles Socket, Folding Guide 5mm, Tape Guide 10x1mm, Screwdriver 2.5mm, and Manual | EG 415 |
| FRAMIS ITALIA | MX-211 | 1 | Folding Joining Machine, 1100mm x 550mm x 1550mm, 80Kg, including: Base Machine with 2 Heaters, Spot Lamp, Drawer, Shaped Rubber Wheel Group 24mm/12mm-35SH, Heat Conveyor 30mm, 30mm Nozzle, Horizontal Arm, Protection Screen, White Table with Beech Borders 120x60x4, Table Support Structure, Pedals, 16A 3 Poles Socket, Folding Guide 8mm, and Manual | EG 413 |

Equipment Listed
Above Located at:     915 Mateo Street

                      Los Angeles, CA 90021-1784

12/18/2018                    C of A Number:    *FA121118-001-001*                    *Page 1 of 2*

MFG          PART#          QTY   DESCRIPTION          SERIAL NUMBER

Date of Equipment Installation: _____11 / 9 / 18_____

The Equipment Is Accepted:

**FABFAD INC.**

"LESSEE"

By: _____

Print
Name    ~~Sean Saberi~~   Arian Saberi_____

Title:   ~~CEO~~   Secretary_____

Date:   __11 / 9 / 18_____

JAN 3 1 2019

# CERTIFICATE OF ACCEPTANCE

**Lease Agreement Number:**   **FA121118**
**Lease Schedule Number:**    **001**

I hereby certify:

1) That all of the items on the attached Schedule A are deposit payments for Equipment that will be accepted and installed under the Lease Schedule referenced above;

2) That by executing this Certificate Of Acceptance Lessee agrees that: (i) the deposit cost will be treated as a cost of installation (which is defined as Equipment in the Lease Agreement); (ii) this installation cost, or Equipment, is installed and accepted onto the Lease Schedule as of the date indicated as the Installation Date on the attached Schedule "A";

3) That I am authorized to execute and deliver this Certificate of Acceptance;

4) That Farnam Street Financial, Inc. has performed all of its obligations; and

5) That Farnam Street Financial, Inc. is authorized to pay the deposit(s) to the supplier(s).

Lessor and Lessee agree that this Certificate of Acceptance and the attached Schedule A may be executed and delivered to the Lessor by the Lessee via facsimile, or transmitted electronically in either "Tagged Image Format Files" ("TIFF") or "Portable Document Format" ("PDF"). Upon such delivery, Lessee's facsimile, TIFF or PDF signature (as applicable) will be deemed to have the same force and effect as if Lessee's original signature had been delivered to the Lessor, and both the Certificate of Acceptance and the attached Schedule A shall be deemed an original instrument as between the Lessor and Lessee.


**Agreed to and Accepted:**

**FABFAD INC.**

"LESSEE"

By: _____

Print
Name:   **Sean Saberi**

Title:   **CEO**

Date:   _1, 30, 19_____

CofA Number:   FA121118-001-002

Farnam Street
FINANCIAL

# SCHEDULE "A"

| MFG | PART# | QTY | DESCRIPTION | SERIAL NUMBER |
|---|---|---|---|---|
| JK GROUP USA, INC. | | 1 | 30% Deposit Due for JP4 Printer | |

| Equipment Listed Above Located at: | 915 Mateo Street |
|---|---|
| | Los Angeles, CA 90021-1784 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Date of Equipment Installation:** _2/1/19_

The Equipment Is Accepted:

**FABFAD INC.**

"LESSEE"

By: _____

Print Name: **Sean Saberi**

Title: **CEO**

Date: _1/30/19_

FEB 1 5 2019

# CERTIFICATE OF ACCEPTANCE

**Lease Agreement Number:**   **FA121118**

**Lease Schedule Number:**   **001**

I hereby certify:

1) That all of the items on the attached Schedule A are deposit payments for Equipment that will be accepted and installed under the Lease Schedule referenced above;

2) That by executing this Certificate Of Acceptance Lessee agrees that: (i) the deposit cost will be treated as a cost of installation (which is defined as Equipment in the Lease Agreement); (ii) this installation cost, or Equipment, is installed and accepted onto the Lease Schedule as of the date indicated as the Installation Date on the attached Schedule "A";

3) That I am authorized to execute and deliver this Certificate of Acceptance;

4) That Farnam Street Financial, Inc. has performed all of its obligations; and

5) That Farnam Street Financial, Inc. is authorized to pay the deposit(s) to the supplier(s).

Lessor and Lessee agree that this Certificate of Acceptance and the attached Schedule A may be executed and delivered to the Lessor by the Lessee via facsimile, or transmitted electronically in either "Tagged Image Format Files" ("TIFF") or "Portable Document Format" ("PDF"). Upon such delivery, Lessee's facsimile, TIFF or PDF signature (as applicable) will be deemed to have the same force and effect as if Lessee's original signature had been delivered to the Lessor, and both the Certificate of Acceptance and the attached Schedule A shall be deemed an original instrument as between the Lessor and Lessee.

**Agreed to and Accepted:**

**FABFAD INC.**

"LESSEE"

By: _____

Print
Name:   **Sean Saberi**

Title:   **CEO**

Date:   _2, 15, 19_

CofA Number:   FA121118-001-003

◢Farnam Street
FINANCIAL

# SCHEDULE "A"

| MFG | PART# | QTY | DESCRIPTION | SERIAL NUMBER |
|---|---|---|---|---|
| FRAMIS ITALIA HK LIMITED | | 1 | 100% Deposit Due for MU280 Sewing Machine | |

**Equipment Listed Above Located at:** 915 Mateo Street

Los Angeles, CA 90021-1784

Date of Equipment Installation: _2/15/19_

The Equipment Is Accepted:

**FABFAD INC.**

"LESSEE"

By: _____

Print
Name  **Sean Saberi**

Title:  **CEO**

Date:  _2/15/19_

FEB 1 5 2019

## CERTIFICATE OF ACCEPTANCE

**Lease Agreement Number:**   **FA121118**
**Lease Schedule Number:**     **001**

I hereby certify:

1) That all of the items on the attached Schedule A are deposit payments for Equipment that will be accepted and installed under the Lease Schedule referenced above;

2) That by executing this Certificate Of Acceptance Lessee agrees that: (i) the deposit cost will be treated as a cost of installation (which is defined as Equipment in the Lease Agreement); (ii) this installation cost, or Equipment, is installed and accepted onto the Lease Schedule as of the date indicated as the Installation Date on the attached Schedule "A";

3) That I am authorized to execute and deliver this Certificate of Acceptance;

4) That Farnam Street Financial, Inc. has performed all of its obligations; and

5) That Farnam Street Financial, Inc. is authorized to pay the deposit(s) to the supplier(s).

Lessor and Lessee agree that this Certificate of Acceptance and the attached Schedule A may be executed and delivered to the Lessor by the Lessee via facsimile, or transmitted electronically in either "Tagged Image Format Files" ("TIFF") or "Portable Document Format" ("PDF"). Upon such delivery, Lessee's facsimile, TIFF or PDF signature (as applicable) will be deemed to have the same force and effect as if Lessee's original signature had been delivered to the Lessor, and both the Certificate of Acceptance and the attached Schedule A shall be deemed an original instrument as between the Lessor and Lessee.

**Agreed to and Accepted:**
**FABFAD INC.**

                        **"LESSEE"**

By: _____

Print
Name:   **Sean Saberi** _____

Title:   **CEO** _____

Date:   _2/15/19_____

CofA Number:   FA121118-001-004

**Farnam Street** FINANCIAL

# SCHEDULE "A"

| MFG | PART# | QTY | DESCRIPTION | SERIAL NUMBER |
|---|---|---|---|---|
| TUKATECH | | 1 | 50% Deposit Due for TUKAcut Laser 1815 | |

| | |
|---|---|
| Equipment Listed Above Located at: | 915 Mateo Street |
| | Los Angeles, CA 90021-1784 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Date of Equipment Installation: _2/15/19_

The Equipment Is Accepted:

**FABFAD INC.**

"LESSEE"

By: _____

Print
Name   **Sean  Saberi**

Title:   **CEO**

Date:   _2/5/19_

MAR 1 5 2019

# CERTIFICATE OF ACCEPTANCE

**Lease Agreement Number:**    **FA121118**
**Lease Schedule Number:**       **001**

I hereby certify:

1) That all of the items on the attached Schedule A are deposit payments for Equipment that will be accepted and installed under the Lease Schedule referenced above;

2) That by executing this Certificate Of Acceptance Lessee agrees that: (i) the deposit cost will be treated as a cost of installation (which is defined as Equipment in the Lease Agreement); (ii) this installation cost, or Equipment, is installed and accepted onto the Lease Schedule as of the date indicated as the Installation Date on the attached Schedule "A";

3) That I am authorized to execute and deliver this Certificate of Acceptance;

4) That Farnam Street Financial, Inc. has performed all of its obligations; and

5) That Farnam Street Financial, Inc. is authorized to pay the deposit(s) to the supplier(s).

Lessor and Lessee agree that this Certificate of Acceptance and the attached Schedule A may be executed and delivered to the Lessor by the Lessee via facsimile, or transmitted electronically in either "Tagged Image Format Files" ("TIFF") or "Portable Document Format" ("PDF"). Upon such delivery, Lessee's facsimile, TIFF or PDF signature (as applicable) will be deemed to have the same force and effect as if Lessee's original signature had been delivered to the Lessor, and both the Certificate of Acceptance and the attached Schedule A shall be deemed an original instrument as between the Lessor and Lessee.

**Agreed to and Accepted:**

**FABFAD INC.**

"LESSEE"

By: _____

Print
Name:   **Sean Saberi** _____

Title:   **CEO** _____

Date:   3, 22, 19 _____

**CofA Number:**   **FA121118-001-005**

**Farnam Street**
FINANCIAL

# SCHEDULE "A"

| MFG | PART# | QTY | DESCRIPTION | SERIAL NUMBER |
|---|---|---|---|---|
| JK GROUP USA, INC. | | 1 | 70% Progress Payment due prior to shipping for JP4 Printer | |

| Equipment Listed Above Located at: | 915 Mateo Street |
|---|---|
| | Los Angeles, CA 90021-1784 |

Date of Equipment Installation: _3, 25, 19_

The Equipment Is Accepted:

**FABFAD INC.**

"LESSEE"

By: _____

Print
Name   **Sean  Saberi** _____

Title:   **CEO** _____

Date:   _3, 22, 19_ _____

APR 2 2 2019

# CERTIFICATE OF ACCEPTANCE

**Lease Agreement Number:**   FA121118
**Lease Schedule Number:**      001

I hereby certify:

1) That all of the items on the attached Schedule A are deposit payments for Equipment that will be accepted and installed under the Lease Schedule referenced above;

2) That by executing this Certificate Of Acceptance Lessee agrees that: (i) the deposit cost will be treated as a cost of installation (which is defined as Equipment in the Lease Agreement); (ii) this installation cost, or Equipment, is installed and accepted onto the Lease Schedule as of the date indicated as the Installation Date on the attached Schedule "A";

3) That I am authorized to execute and deliver this Certificate of Acceptance;

4) That Farnam Street Financial, Inc. has performed all of its obligations; and

5) That Farnam Street Financial, Inc. is authorized to pay the deposit(s) to the supplier(s).

Lessor and Lessee agree that this Certificate of Acceptance and the attached Schedule A may be executed and delivered to the Lessor by the Lessee via facsimile, or transmitted electronically in either "Tagged Image Format Files" ("TIFF") or "Portable Document Format" ("PDF"). Upon such delivery, Lessee's facsimile, TIFF or PDF signature (as applicable) will be deemed to have the same force and effect as if Lessee's original signature had been delivered to the Lessor, and both the Certificate of Acceptance and the attached Schedule A shall be deemed an original instrument as between the Lessor and Lessee.

**Agreed to and Accepted:**

**FABFAD INC.**

                                        **"LESSEE"**

By:  _____ Aria Saheri_

Print
Name:   **Sean  Saberi**

Title:   **CEO**

Date:   _4/18/19_

CofA Number:   FA121118-001-006                                  ◢Farnam Street
                                                                              FINANCIAL

# SCHEDULE "A"

| MFG | PART# | QTY | DESCRIPTION | | SERIAL NUMBER |
|-----|-------|-----|-------------|--|---------------|
| TUKATECH | | 1 | 50% Progress Payment due prior to shipping for TUKAcut Laser 1815 | | |

**Equipment Listed Above Located at:** 915 Mateo Street

Los Angeles, CA 90021-1784

--------------------------------------------------------------

**Date of Equipment Installation:** ~~5/6/19~~  4/19/19

The Equipment Is Accepted:

**FABFAD INC.**

**"LESSEE"**

By: _____ Ario Saberi

Print Name: **Sean  Saberi**

Title: **CEO**

Date: 4/18/19

JUL 0 3 2019

# CERTIFICATE OF ACCEPTANCE

**Lease Agreement Number:**   **FA121118**
**Lease Schedule Number:**   **001**

I hereby certify:

1) That all of the items on the attached Schedule A are deposit payments for Equipment that will be accepted and installed under the Lease Schedule referenced above;

2) That by executing this Certificate Of Acceptance Lessee agrees that: (i) the deposit cost will be treated as a cost of installation (which is defined as Equipment in the Lease Agreement); (ii) this installation cost, or Equipment, is installed and accepted onto the Lease Schedule as of the date indicated as the Installation Date on the attached Schedule "A";

3) That I am authorized to execute and deliver this Certificate of Acceptance;

4) That Farnam Street Financial, Inc. has performed all of its obligations; and

5) That Farnam Street Financial, Inc. is authorized to pay the deposit(s) to the supplier(s).

Lessor and Lessee agree that this Certificate of Acceptance and the attached Schedule A may be executed and delivered to the Lessor by the Lessee via facsimile, or transmitted electronically in either "Tagged Image Format Files" ("TIFF") or "Portable Document Format" ("PDF"). Upon such delivery, Lessee's facsimile, TIFF or PDF signature (as applicable) will be deemed to have the same force and effect as if Lessee's original signature had been delivered to the Lessor, and both the Certificate of Acceptance and the attached Schedule A shall be deemed an original instrument as between the Lessor and Lessee.

**Agreed to and Accepted:**

**FABFAD INC.**

"LESSEE"

By: _____

Print
Name:   **Sean Saberi** _____

Title:   **CEO** _____

Date:   6,27,19 _____

CofA Number:   FA121118-001-007

**◢**Farnam Street
FINANCIAL

# SCHEDULE "A"

| MFG | PART# | QTY | DESCRIPTION | SERIAL NUMBER |
|---|---|---|---|---|
| MONTI ANTONIO | | 1 | 30% due with Order Confirmation of transfer printing Calender, Offer No. OV190222_07 | |

**Equipment Listed Above Located at:**   7522 Maie Avenue

Los Angeles, CA 90001-2637

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Date of Equipment Installation: _6/27/19_____

The Equipment Is Accepted:

**FABFAD INC.**

"LESSEE"

By: _____

Print
Name   **Sean  Saberi**_____

Title:   **CEO**_____

Date: _6/27/19_____

MAR 1 0 2020

# CERTIFICATE OF ACCEPTANCE

**Lease Agreement Number:**   **FA121118**
**Lease Schedule Number:**      **001**

I hereby certify:

1) That all of the items of Equipment on the attached Schedule A: (i) have been received; (ii) are in good working order; (iii) have been tested and inspected; (iv) are satisfactory in all respects; and (v) are acceptable for use;

2) That all of the items of Equipment on the attached Schedule A were installed on the following date: See Attached Schedule "A" (the "Installation Date");

3) That I am authorized to execute and deliver this Certificate of Acceptance;

4) That Farnam Street Financial, Inc. has performed all of its obligations; and

5) That Farnam Street Financial, Inc. is authorized to pay the supplier(s) for the equipment.

Lessor and Lessee agree that this Certificate of Acceptance and the attached Schedule A may be executed and delivered to the Lessor by the Lessee via facsimile, or transmitted electronically in either "Tagged Image Format Files" ("TIFF") or "Portable Document Format" ("PDF"). Upon such delivery, Lessee's facsimile, TIFF or PDF signature (as applicable) will be deemed to have the same force and effect as if Lessee's original signature had been delivered to the Lessor, and both the Certificate of Acceptance and the attached Schedule A shall be deemed an original instrument as between the Lessor and Lessee.

**Agreed to and Accepted:**

**FABFAD INC.**

"LESSEE"

By: _____

Print
Name:   **Sean  Saberi**

Title:   **CEO**

Date:   **3, 5, 2020**

CofA Number:   FA121118-001-009

Farnam Street
FINANCIAL

MAR 1 0 2020

# SCHEDULE "A"

| MFG | PART# | QTY | DESCRIPTION | SERIAL NUMBER |
|---|---|---|---|---|
| TUKATECH | 1815 | 1 | TUKAcut Laser, 220v Laser Cutting Machine with Automatic Conveyor, 1800mm W x 1500mm L Working Area, 120w Laser Power, 20mm Lens, C02 Laser Tube, (2) Exhausting Kits, (3) Mirrors, and Industry Chiller (CW5000) | HM-SM1815W4190242 |
| TUKATECH | | 1 | TUKAcad Professional Edition Software License | |
| TUKATECH | | 1 | Less 50% Deposit paid for TUKAcut Laser 1815 | |
| TUKATECH | | 1 | Less 50% Progress Payment paid prior to shipping for TUKAcut Laser 1815 | |

**Equipment Listed Above Located at:**  7522 Maie Avenue

Los Angeles, CA 90001-2637

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Date of Equipment Installation:**  3,5, 2020

The Equipment Is Accepted:

**FABFAD INC.**

**"LESSEE"**

By: _____

Print Name  **Sean  Saberi**

Title:  **CEO**

Date:  3,5, 2020

MAR 1 0 2020

# CERTIFICATE OF ACCEPTANCE

**Lease Agreement Number:**  **FA121118**
**Lease Schedule Number:**      **001**

I hereby certify:

1) That all of the items of Equipment on the attached Schedule A: (i)  have been received; (ii) are in good working order; (iii) have been tested and inspected; (iv) are satisfactory in all respects; and (v) are acceptable for use;

2) That all of the items of Equipment on the attached Schedule A were installed on the following date: See Attached Schedule "A"  (the "Installation Date");

3) That I am authorized to execute and deliver this Certificate of Acceptance;

4) That Farnam Street Financial, Inc. has performed all of its obligations; and

5) That Farnam Street Financial, Inc. is authorized to pay the supplier(s) for the equipment.

Lessor and Lessee agree that this Certificate of Acceptance and the attached Schedule A may be executed and delivered to the Lessor by the Lessee via facsimile, or transmitted electronically in either "Tagged Image Format Files" ("TIFF") or "Portable Document Format" ("PDF"). Upon such delivery, Lessee's facsimile, TIFF or PDF signature (as applicable) will be deemed to have the same force and effect as if Lessee's original signature had been delivered to the Lessor, and both the Certificate of Acceptance and the attached Schedule A shall be deemed an original instrument as between the Lessor and Lessee.

**Agreed to and Accepted:**
**FABFAD INC.**

"LESSEE"

By:

Print
Name:  **Sean  Saberi**

Title:   **CEO**

Date:  3/5/2020

**CofA Number:**  **FA121118-001-010**

Farnam Street
FINANCIAL

MAR 1 0 2020

# SCHEDULE "A"

| MFG | PART# | QTY | DESCRIPTION | SERIAL NUMBER |
|---|---|---|---|---|
| JK GROUP | MSJP44HDS8C | 1 | JP4 Printer, Impress 4180, 4 Print Heads, 8 Color Printer, 260 sqm/h Max. Speed (Double CMYK), Max. Speed (8 Single Colors), 600 x 600 dpi Printing Resolution, 16 Gray Levels, 4 to 72pl Drop Size, and 180-320 cm Printing Width | 3498/17 |
| JK GROUP | M501610K005000 | 1 | Digistar K-One Ink, Black, 5 KG | |
| JK GROUP | M501651K005000 | 1 | Digistar K-One Ink, Cyan, 5 KG | |
| JK GROUP | M501630K005000 | 1 | Digistar K-One Ink, Magenta, 5 KG | |
| JK GROUP | M501615K005000 | 1 | Digistar K-One Ink, Yellow, 5 KG | |
| JK GROUP | M501601K005000 | 1 | Digistar K-One Cleaner, 5 KG | |
| JK GROUP | KU45113 | 4 | Main Tank | |
| JK GROUP | | 1 | Less 30% Deposit paid for JP4 Printer | |
| JK GROUP | | 1 | Less 70% Progress Payment paid prior to shipping for JP4 Printer | |

**Equipment Listed Above Located at:**  7522 Maie Avenue

Los Angeles, CA 90001-2637

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Date of Equipment Installation:** _3, 5, 2020_

The Equipment Is Accepted:

**FABFAD INC.**

"LESSEE"

By: _____

Print
Name    **Sean Saberi**

Title:    **CEO**

Date:    _3, 5, 2020_

# CERTIFICATE OF ACCEPTANCE

**Lease Agreement Number:**   **FA121118**
**Lease Schedule Number:**    **001**

I hereby certify:

1) That all of the items of Equipment on the attached Schedule A: (i)  have been received; (ii) are in good working order; (iii) have been tested and inspected; (iv) are satisfactory in all respects; and (v) are acceptable for use;

2) That all of the items of Equipment on the attached Schedule A were installed on the following date: See Attached Schedule "A"  (the "Installation Date");

3) That I am authorized to execute and deliver this Certificate of Acceptance;

4) That Farnam Street Financial, Inc. has performed all of its obligations; and

5) That Farnam Street Financial, Inc. is authorized to pay the supplier(s) for the equipment.

Lessor and Lessee agree that this Certificate of Acceptance and the attached Schedule A may be executed and delivered to the Lessor by the Lessee via facsimile, or transmitted electronically in either "Tagged Image Format Files" ("TIFF") or "Portable Document Format" ("PDF"). Upon such delivery, Lessee's facsimile, TIFF or PDF signature (as applicable) will be deemed to have the same force and effect as if Lessee's original signature had been delivered to the Lessor, and both the Certificate of Acceptance and the attached Schedule A shall be deemed an original instrument as between the Lessor and Lessee.

*3-10-20*

*Ike emailed customer AGAIN, for 1st Pg. continuing to follow-up*

**Agreed to and Accepted:**
**FABFAD INC.**

"LESSEE"

By: _____

Print
Name:   **Sean  Saberi**_____

Title:   **CEO**_____

Date: _____

CofA Number:   FA121118-001-008

**Farnam Street**
FINANCIAL

MAR 1 0 2020

# SCHEDULE "A"

| MFG | PART# | QTY | DESCRIPTION | SERIAL NUMBER |
|---|---|---|---|---|
| FRAMIS ITALIA | MU 280 | 1 | Ultrasonic Sewfree Sewing Machine with One 13mm Width Roller (EGR-015R), White Table with Beech Borders 120x60x4, and Pedals | UTSN043 |
| FRAMIS ITALIA | | 1 | Less 100% Deposit paid for MU280 Sewing Machine | |

**Equipment Listed Above Located at:**　　7522 Maie Avenue

　　　　　　　　　　　　　　Los Angeles, CA 90001-2637

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Date of Equipment Installation:**　_3/5/2020_

The Equipment Is Accepted:

**FABFAD INC.**

"LESSEE"

By: _____

Print
Name　**Sean  Saberi**

Title:　**CEO**

Date:　_3/5/2020_