UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Farnam Street Financial, Inc., a Minnesota corporation, | Civ. No. 21-424 (PAM/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| FabFad2020, Inc., a Delaware corporation, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Entry of Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Plaintiff Farnam Street Financial, Inc., filed this lawsuit on February 16, 2021, and the summons was returned executed on February 22, 2021. (Docket No. 6.) Defendant FabFad 2020, Inc., has not appeared and did not respond to the Complaint. The Clerk's Office entered default against Defendant on March 18, 2021. (Docket No. 9.)

The Complaint (Docket No. 1) alleges that Defendant entered into an equipment lease agreement with Plaintiff in December 2018. (Compl. ¶ 6.) Defendant committed to leasing $312,000 worth of equipment for a period of 24 months, but as of the filing of the Complaint had only selected $265,783.46 worth of equipment. The Complaint also alleges that Defendant is obligated to pay $12,027.98 in "interim rent" for the equipment it selected. (Id. ¶ 12.) Defendant had not paid its interim rent obligations for more than 18 months as of the filing of the Complaint. (Id. ¶ 15.) The total amount of damages Plaintiff

claims is $545,370.74. (Id. ¶ 19.) The Complaint raises a claim for breach of contract, seeks a declaratory judgment that Plaintiff may keep Defendant's security deposit of $12,733.96.

The Court held a hearing on the Motion on June 2, 2021. Defendant did not appear at the hearing. Plaintiff has established that it is entitled to the default judgment it seeks. Accordingly, **IT IS HEREBY ORDERED that**:

1. Plaintiff's Motion (Docket No. 12) is **GRANTED**;

2. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Farnam Street Financial, Inc. and against Defendant FabFad2020, Inc., in the amount of $576,807.84;

3. Plaintiff is entitled to retain the security deposit in the amount of $12,733.96; and

4. Plaintiff is entitled to repossession of the following equipment leased to Defendant:

| Manufacturer | MFG/Part # | Qty | Equipment Description | Serial Number |
|---|---|---|---|---|
| Framis Italia | MX-204 | 1 | Weld and Cut Bonding Machine, 1100mm x 550mm x 1550mm, 80Kg, including: Base Machine with 1 Heater, Spot Lamp, Drawer, Vertical Roll Support, Tensioner Metering Device, Silicone Rubber Wheel Group 17mm-35SH, 20mm Nozzle, Weld and Cut Device, Protection Screen, White Table with Beech Borders 120x60x4, Table Support Structure, Pedals, 16A 3 Poles Socket, Tape Guide 8x1mm, Tape Guide 10x1mm, Screwdriver 2.5, and Manual | EG 412 |

| Framis Italia | MX-208 | 1 | Edge Binding Bonding Machine, 1100mm x 550mm x 1550mm, 80Kg, including: Base Machine with 1 Heater, Spot Lamp, Drawer, Vertical Roll Support, Tensioner Metering Device, Upper Silicone Rubber Wheel Group 12mm-70SH, Lower Silicone Rubber Wheel 14mm-70SH, Nozzle C-Binding, Side Arm, Protection Screen, White Table with Beech Borders 120x60x4, Table Support Structure, Pedals, 16A 3 Poles Socket, Edge Binding Guide 16mm, and Manual | EG 414 |
| --- | --- | --- | --- | --- |
| Framis Italia | MX-210 | 1 | Weld and Fold Bonding Machine, 1100mm x 550mm x 1550mm, 80Kg, including: Base Machine with 1 Heater, Spot Lamp, Drawer, Vertical Roll Support, Tensioner Metering Device, Silicone Rubber Wheel Group 17mm-35SH, 30mm Nozzle, Horizontal Arm, Protection Screen, White Table with Beech Borders 120x60x4, Table Support Structure, Pedals, 16A 3 Poles Socket, Folding Guide 5mm, Tape Guide 10x1mm, Screwdriver 2.5mm, and Manual | EG 415 |
| Framis Italia | MX-211 | 1 | Folding Joining Machine, 1100mm x 550mm x 1550mm, 80Kg, including: Base Machine with 2 Heaters, Spot Lamp, Drawer, Shaped Rubber Wheel Group 24mm/12mm-35SH, Heat Conveyor 30mm, 30mm Nozzle, Horizontal Arm, Protection Screen, White Table with Beech Borders 120x60x4, Table Support Structure, Pedals, 16A 3 Poles Socket, Folding Guide 8mm, and Manual | EG 413 |

| | | | | |
|---|---|---|---|---|
| Framis Italia | MU 280 | 1 | Ultrasonic Sewfree Sewing Machine with One 13mm Width Roller (EGR-015R), White Table with Beech Borders 120x60x4, and Pedals | UTSN043 |
| Tukatech | 1815 | 1 | TUKAcut Laser, 220v Laser Cutting Machine with Automatic Conveyor, 1800mm W x 1500mm L Working Area, 120w Laser Power, 20mm Lens, C02 Laser Tube, (2) Exhausting Kits, (3) Mirrors, and Industry Chiller (CW5000) | HM-SM1815W4190242 |
| Tukatech | | 1 | TUKAcad Professional Edition Software License | |
| JK Group | MSJP44HDS8C | 1 | JP4 Printer, Impress 4180, 4 Print Heads, 8 Color Printer, 260 sqm/h Max. Speed (Double CMYK), Max. Speed (8 Single Colors), 600 x 600 dpi Printing Resolution, 16 Gray Levels, 4 to 72pl Drop Size, and 180-320 cm Printing Width | 3498/17 |
| JK Group | M501610K005000 | 1 | Digistar K-One Ink, Black, 5 KG | |
| JK Group | M501651K005000 | 1 | Digistar K-One Ink, Cyan, 5 KG | |
| JK Group | M501630K005000 | 1 | Digistar K-One Ink, Magenta, 5 KG | |
| JK Group | M501615K005000 | 1 | Digistar K-One Ink, Yellow, 5 KG | |
| JK Group | M501601K005000 | 1 | Digistar K-One Cleaner, 5 KG | |
| JK Group | KU45113 | 4 | Main Tank | |

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Thursday, June 3, 2021

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge